# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GABRIEL WERDENE,<br><br>           *Defendant.* | CRIMINAL ACTION<br>NO. 15-434 |

## ORDER

**AND NOW**, this 18th day of May, 2016, upon consideration of Defendant Gabriel Werdene's motion to suppress (ECF No. 19), the United States of America's response in opposition (ECF No. 21), and following a suppression hearing held on April 7, 2016 (ECF No. 27), it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.