IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 15-434 |
| | : CHARGE: See Indictment |
| v. | : STATUTE: |
| GABRIEL WERDENE | : |
| | : GUIDELINE CASE Yes ☒ No ☐ |
| Address <u>58 East Oakland Ave, Apt 8</u> | : ON BAIL ☒ IN CUSTODY ☐ |
| City State Zip <u>Doylestown, PA 18901</u> Telephone No. | : PROSECUTOR <u>Michelle Morgan, AUSA</u> |

## ABSTRACT OF ORDER FOR PRESENTENCE INVESTIGATION

**TO THE ABOVE-NAMED DEFENDANT:**

On June 7, 2016, upon your **(plea)** (finding) (verdict) of guilty, or your intention to plead guilty or nolo contendere to Count(s) 1, Judge Pappert has ordered that a presentence investigation be conducted by the Probation Office and a report submitted to the Court.

    You are directed to appear for sentencing on <u>September 7, 2016</u> at <u>10:00 a.m.</u> in Courtroom No. <u>TBD</u> of the U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

    You are further directed to report immediately to the U.S. Probation Office, 600 Arch Street, Suite 2400, Philadelphia, PA 19106, and present this notice. If you have any questions, you should consult your attorney, who may accompany and advise you during your interviews.

    The following evaluations are also ordered: ☐ drug; ☐ alcohol; ☐ psychiatric; ☐ other:

☐  If margin block is checked, the Court is directing the U.S. Pretrial Services Office not to release its case file information or other documents to the Probation Office pursuant to Title 18, U.S.C., § 3153(c)(2)(C).

<u>Jeffrey Lucini</u>
Deputy Clerk

Date:    6/7/2016
copy via E-Mail to Pretrial
Services cc: Probation Office

Date: 6/7/2016
By Whom: JL

Cr 8 (6/96)